UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60815-CMA

FRANCIS MARTINEZ,

    Plaintiff,

v.

PENSKE TRUCK LEASING CO.,
LIMITED PARTNERSHIP,
d/b/a PENSKE TRUCK RENTAL,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff Francis Martinez and Defendant Penske Truck Leasing Co., L.P. hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The parties respectfully request twenty days to file their stipulation of dismissal with prejudice.

Dated: May 30, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Jason Weiss* | */s/ Paul De Boe* |
| Jason S. Weiss, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No. 356890 | Florida Bar No.: 52051 |
| jason@jsweisslawyer.com | Paul.deboe@ogletreedeakins.com |
| WEISS LAW GROUP, P.A. | OGLETREE, DEAKINS, NASH, |
| 5531 N. University Dr., Ste. 103 | SMOAK & STEWART, P.C. |
| Telephone: 954.573.2800 | 701 Brickell Avenue, Ste. 1600 |
| Facsimile: 954.573.2798 | Miami, Florida 33131-2813 |
| | Telephone: 305.374.0506 |
| | Facsimile: 305.374.0456 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

29990118.1