UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-60815-CIV-ALTONAGA

**FRANCIS MARTINEZ**,

    Plaintiff,
v.

**PENSKE TRUCK LEASING CO.,
LIMITED PARTNERSHIP**,
d/b/a **PENSKE TRUCK RENTAL**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Notice of Settlement [ECF No. 11], filed on May 30, 2017. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of May, 2017.

                                                  _____
                                                **CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE**

cc:    counsel of record